**SO ORDERED.**

**SIGNED this 11th day of July, 2012.**



_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

In Re:     Chapter 13

REDUSINDO PEDRO T. GARCIA & DOLORES ANTU GARCIA
Debtor(s)     Case No. 10-53838 C

**ORDER ON TRUSTEE'S OBJECTION TO CLAIM OF
HSBC BANK NEVADA NA (BEST BUY CO INC)
Court Claim Number: 19**

On this day, came onto be considered the Trustee's Objection Claim of HSBC BANK NEVADA NA (BEST BUY CO INC) and no response having been filed, the Court finds notice was proper and the Objection is sustained.

IT IS THEREFORE ORDERED, that the Trustee's Objection to the Claim of HSBC BANK NEVADA NA (BEST BUY CO INC) in the amount of $463.24, filed on December 08, 2010, is granted.

FURTHER, the Court finds the claim is DISALLOWED as partially secured and ALLOWED as a general unsecured claim in the amount of $463.24. The Creditor may pursue its in rem relief.

Creditor Name & Address:
HSBC BANK NEVADA NA (BEST BUY CO INC)
BASS & ASSOCIATES PC
3936 E FT LOWELL #200
TUCSON,AZ 85712

###